CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Luis GOMEZ**<br>DOB: 2001; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**24-00459MJ** |

Complaint for violation of Title 18, United States Code, § 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 16, 2024, in the District of Arizona, **Luis GOMEZ** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: approximately 3,049 rounds of ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 16, 2024, **Luis GOMEZ** attempted to exit the United States and enter the Republic of Mexico through the southbound lanes at the Mariposa Port of Entry (POE) in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Luis GOMEZ** who was the driver, registered owner, and sole occupant of a 2001 Ford Expedition, bearing an Arizona license plate, who was attempting to enter the Republic of Mexico. CBPOs received a negative declaration from **GOMEZ** for any weapons, ammunition, or more than $10,000. When CBPOs instructed **GOMEZ** to exit his vehicle, **GOMEZ** stated he was scared and that he had something on him he was not supposed to have. **GOMEZ** volunteered that he had ammunition in his pants leg. CBPOs inspected **GOMEZ's** legs and discovered 46 rounds of ammunition strapped to his ankle. During a subsequent search of **GOMEZ's** vehicle, CBPOs found 3,003 rounds concealed in a spare tire. The 46 rounds were a mixture of .30-.40 and 5.56 caliber, whereas the 3,003 rounds were all 7.62 caliber.

In a post-*Miranda* interview, **GOMEZ** told agents that approximately two weeks prior he was given a cell phone from an individual he knew as "Lecho Qien," at a club in Nogales, Mexico. **GOMEZ** stated he later received a cell phone call on April 15, 2024, wherein he was instructed to purchase ammunition from a gun store in Tucson, Arizona on April 16, 2024. Prior to purchasing the ammunition on April 16, 2024, **GOMEZ** traveled to a location in Nogales, Arizona to obtain $2,300 from an individual known as "Froggy." **GOMEZ** then took the money and purchased 3,000 rounds from Arizona Sporting Goods. Once the ammunition was purchased,

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:  N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *R. Arellano*  RAQUEL ARELLANO  Digitally signed by RAQUEL ARELLANO Date: 2024.04.18 00:15:16 -07'00' | SIGNATURE OF COMPLAINANT<br><br>CLAY A SCOTT  Digitally signed by CLAY A SCOTT Date: 2024.04.18 08:26:44 -07'00' |
|---|---|
| **Sworn by telephone  x** | OFFICIAL TITLE<br>HSI SA Clay A. Scott |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 18, 2024 |

[1]    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

24-00459MJ

**(BASIS OF COMPLAINTANT'S CHARGE AGINST THE ACCUSED CONTINUED.)**

**GOMEZ** returned to "Froggy" in Nogales, Arizona and left him the Ford Expedition, while **GOMEZ** entered Mexico through the pedestrian lane to acquire a tire from a certain individual.

Upon obtaining the tire, **GOMEZ** returned to "Froggy," wherein "Froggy" instructed **GOMEZ** on how to conceal the ammunition in the tire and how to hang the tire back on the vehicle's spare tire rack. Additionally, "Froggy" gave **GOMEZ** more ammunition and told him to transport that ammunition as well as the 3,000 rounds he had purchased. **GOMEZ** then drove his vehicle home and proceeded to cut a hole in the tire where he loaded the 3,000 rounds into the hole in the tire. **GOMEZ** then drove to the Mariposa Port of Entry, where he planned to cross the U.S/Mexico border and drop the ammunition off to an unidentified individual in Nogales, Mexico.

**GOMEZ** told agents he felt obligated to complete the ammunition delivery because he was in fear of his and his family's life; however, **GOMEZ** also stated he denied several previous requests of the same nature without facing any reprisal. **GOMEZ** said the request made on this occasion was different because one of the men told **GOMEZ** the man knew where **GOMEZ's** mother lived; however, **GOMEZ** also stated his mother lived in an unknown location far away. **GOMEZ** also admitted he planned on receiving approximately $300 for transporting the ammunition.

Lastly, **GOMEZ** stated he was not licensed to ship/transport ammunition across the U.S border. **GOMEZ** further stated he knew taking firearms into Mexico from the United States was illegal.

The ammunition found in **GOMEZ's** vehicle and on his person qualify as a United States Commerce Control List item and therefore is prohibited by law for export from the United States into Mexico without a valid license.



**(BASIS OF COMPLAINTANT'S CHARGE AGINST THE ACCUSED CONTINUED.)**

